FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL SILVER, | CASE NO. SACV11-1127 AG (RNBx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CORINTHIAN COLLEGES, INC., a Delaware corporation; DOES 1 through X, inclusive, | |
| Defendant. | |
| ------------------------------------------- | |
| CORINTHIAN COLLEGES, INC., a Delaware corporation, | |
| Counter-Claimant, | |
| v. | |
| SHERYL SILVER, an individual, | |
| Counter-Defendant. | |

1    This action came on for hearing before the Court on April 23, 2012, before the Honorable

2  Andrew J. Guilford upon the Motion for Summary Judgment or, in the Alternative, Partial

3  Summary Judgment (the "Motion") by Defendant/Counter-Claimant Corinthian Colleges, Inc.

4  ("Corinthian").

5    The evidence presented having been fully considered, the issues having been duly heard,

6  including the argument of counsel, and a decision having been duly rendered,

7

8    IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

9

10    Judgment is entered in favor of Defendant CORINTHIAN COLLEGES, INC. and against

11  Plaintiff SHERYL SILVER as follows:

12

13    1. On the First Claim for Relief for Wrongful Termination Based on Public Policy.

14

15    2. On the Second Claim for Relief for Violation of the Federal Family and Medical Leave

16  Act of 1993 (29 U.S.C. 2601 *et seq.*) ("FMLA").

17

18    3. On the Third Claim for Relief for Statutory Violation (Cal. Labor Code § 201 *et seq.*).

19

20    4. On Corinthian's Counterclaim for Relief for Money Had and Received, Unjust

21  Enrichment, and Conversion:

22

23    a. For damages in an amount totaling $2,942.18, the amount of overpayment made

24  to Silver following her termination;

25

26    b. For prejudgment interest through the date of entry of judgment according to

27  applicable law from August 12, 2010.

28

5. The recovery and award of prejudgment interest, costs, and fees, if any, shall be determined on motion brought by Corinthian, with amounts awarded, if any, to be added here:

Prejudgment interest    _____

Costs    _____

Fees    _____


SO ORDERED this **7ᵀᴹ** day of **JUNE**_____, 2012.

_____
Andrew J. Guilford
United States District Judge